**Order entered February 18, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00926-CV

## IN THE INTEREST OF S.B., A CHILD

**On Appeal from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-51319-2019**

## ORDER

Before the Court is appellee's February 16, 2022 amended second motion for an extension of time to file a brief. By order that issued yesterday, we granted appellee's second extension motion and extended the deadline to March 17, 2022. Accordingly, we **DENY** appellee's amended motion as moot.

/s/    KEN MOLBERG
        JUSTICE
